IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

EDWARD C. HUGLER, *Acting Secretary*
*of Labor, United States Department of Labor*
*(Wage and Hour Division)*

                         Plaintiff,

v.                                          CIVIL ACTION NO.   5:17-cv-001420

SUPERIOR STEAM CLEANING AND
SANDBLASTING, *a corporation*, and
DOUGLAS HUMPHREY, *individually*,

                         Defendants.

**DEFAULT JUDGMENT ORDER**

      The Court has reviewed the *Plaintiff's Motion for Default Judgment against Superior Steam Cleaning and Sandblasting and Douglas Humphrey* (Document 21) and the *Memorandum of Law in Support* (Document 22).  On September 20, 2017, this Court entered an *Order* (Document 17) granting the Plaintiff's motion for entry of default against the Defendants.  On that same day, the Clerk of this Court entered a default, consistent with *Fed. R. Civ. P.* 55(a) against the Defendants Superior Steam Cleaning and Sandblasting and Douglas Humphrey.  On October 10, 2017, the Plaintiff filed its motion for default judgment with attached exhibits and memorandum of law in support.  The motion and exhibits set forth the amount due by the Defendants and state that the Defendant, Douglas Humphrey, is neither an infant, incompetent, nor a member of the United States Military.

With respect to the amount of judgment requested, the Plaintiff asserts that it is entitled to collect a sum certain in the amount of $81, 678.50 plus interest for back wage compensation and liquidated damages.

In accordance with *Fed. R. Civ. P.* 55(b)(1), the Court **ORDERS** that default judgment be entered against the Defendants Superior Steam Cleaning and Sandblasting and Douglas Humphrey in the amount of $81, 678.50 plus interest.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: April 13, 2018

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA